**FORM 13**

### UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by John D. Greenwald
(Name of attorney of record)

on behalf of E.I. DuPont de Nemours & Co. in the matter of MEXICHEM FLUOR INC. v. United States,
Court No. 15-00004.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

See Attachment
_____
_____

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest.  If not, identify below the real party in interest.
_____
_____
_____

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
_____
_____
_____

/s/ John D. Greenwald          2/26/2015
(Signature of Attorney)          (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)

**ATTACHMENT**

The following entities, in which DuPont directly or indirectly holds a minority, non-controlling interest are traded in the U.S. stock market.

>Alco Stores, Inc.
>Anadys Pharmaceuticals, Inc.
>Antigenics Inc.
>Armstrong World Wide Industries, Inc.
>LyondellBasell Industries N.V.
>Marathon Oil Corporation
>Maxygen Inc.
>Nortech Systems, Inc.
>Phosphate Holdings, Inc.
>RedPoint Bio Corporation
>Shelron Group, Inc.
>Smurfit-Stone Container Corporation
>Sterling Chemicals, Inc.
>Sterling Construction Company, Inc.
>Tektronix, Inc.
>United Continental Holdings, Inc.

The following entities, in which DuPont directly or indirectly holds a minority, non-controlling interest are listed on exchanges outside of the United States.

>Enablence Technologies Inc.
>GoIndustry-DoveBid Plc
>Hexima Limited
>Okamura Corporation

As of August 19, 2014, no publicly-held company has a 10% or greater ownership interest in DuPont.