**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by <u>John D. Greenwald</u>
(Name of attorney of record)

on behalf of <u>The Chemours Company</u> in the matter of <u>Mexichem Fluor, Inc. and E.I.DuPont de Nemours</u> v. <u>United States</u>, Court No. <u>15-00004</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

As of July 1, 2015, the DuPont performance chemicals business was spun-off into a new publicly-traded company, The Chemours Company.  The Chemours Company is the parent holding company of two wholly-owned subsidiaries, The Chemours Company FC, LLC and The Chemours Company TT, LLC.  The Chemours Company FC is comprised of two business units: Fluoroproducts & Chemical Solutions. 1,1,1,2 Tetrafluoroethane (i.e., R134a) is made by Fluoroproducts. The Chemours Company TT is Titanium Technologies.

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

Chemours is the party in interest as of July 1, 2015.  E.I.DuPont de Nemours & Co. is no longer the party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

_____
_____
_____

<u>/s/ John D. Greenwald</u>        <u>7/28/2015</u>
(Signature of Attorney)        (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)