UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MEXICHEM FLUOR INC., AND E.I. DUPONT DE NEMOURS & CO.<br><br>    *Plaintiffs,*<br>  v.<br><br>UNITED STATES,<br><br>    *Defendant,*<br><br>SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO., LTD., ZHEJIANG QUHUA FLUOR-CHEMISTRY CO., LTD., AND ZHEJIANG SANMEI CHEMICAL INDUSTRY CO.,<br><br>    *Defendant-Intervenors.* | Consol. Court No. 15-00004<br>Before: Hon. Leo M Gordon, Judge |

**MOTION FOR ORAL ARGUMENT**

Pursuant to Rules 7(c) and 56.2(e) of the Rules of this Court, Plaintiff Mexichem Fluor Inc. ("Mexichem") hereby moves for oral argument in the above-captioned action. Mexichem respectfully submits that oral argument will assist the Court in its evaluation of the issues and arguments presented in briefs before the Court.

Pursuant to Rule 7(b) of this Court, undersigned counsel consulted with counsel to the other parties in the above-captioned action. In particular, James R. Cannon, Jr., Esq., Cassidy Levy Kent (USA) LLP, counsel to Consolidated Plaintiff The Chemours Company (successor-in-interest to E.I. DuPont de Nemours & Company), consented to this motion on January 28, 2016 via email; Max F. Schutzman, counsel to Defendant-Intervenors Sinochem Environmental Protection Chemicals (Taicang) Co., Ltd., Zhejiang Quhua Fluor-Chemistry Co., Ltd., and Zhejiant Sanmei Chemical Industry Co., consented to this motion on January 28, 2016 via email;

1

and Karl von Schriltz, Esq., United States International Trade Commission, counsel to Defendant United States took no position to this motion on January 29, 2016 via email.

Should the Court choose to grant this motion, counsel for the parties will confer and propose a date that is agreeable to the Court and the parties.

Plaintiff Mexichem Fluor Inc. therefore asks that the Court schedule oral argument in this matter.

        Respectfully submitted,


        /s/ Roger B. Schagrin_____
        Roger B. Schagrin
        Paul W. Jameson
        Schagrin Associates
        900 7th St. NW Suite 500
        Washington, DC 20001
        (202) 223-1700

        *Counsel for Plaintiff Mexichem Fluor Inc.*

Date: January 29, 2016

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MEXICHEM FLUOR INC., AND E.I. DUPONT DE NEMOURS & CO. *Plaintiffs,* v. UNITED STATES, *Defendant,* SINOCHEM ENVIRONMENTAL PROTECTION CHEMICALS (TAICANG) CO., LTD., ZHEJIANG QUHUA FLUOR-CHEMISTRY CO., LTD., AND ZHEJIANG SANMEI CHEMICAL INDUSTRY CO., *Defendant-Intervenors.* | Consol. Court No. 15-00004 Before: Hon. Leo M Gordon, Judge |

# ORDER

This matter is now before the Court on the final negative determination of the U.S. International Trade Commission ("ITC"), the motions of Plaintiffs for judgment on the agency record pursuant to Rule 56.2, the responses of the ITC and Defendant-Intervenors, and the replies of Plaintiffs. The Court hereby directs that it will hold oral argument on the final negative determination on _____, 2016.

SO ORDERED.

_____
Leo M. Gordon, Judge

Dated: _____, 2016.