UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MEXICHEM FLUOR INC., & E.I. DUPONT DE NEMOURS & CO.,<br><br>               Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>               Defendant. | Before: Leo M. Gordon, Judge<br><br>Consol. Court No. 15-00004 |

**JUDGMENT**

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that the final determination of the U.S. International Trade Commission that an industry in the United States is not materially injured or threatened with material injury by reason of imports of 1,1,1,2- Tetrafluoroethane (R-134a) from China, 1,1,1,2– Tetrafluoroethane from China, 79 Fed. Reg. 73,102 (Int'l Trade Cmm'n Dec. 9, 2014) (final neg. determ.); see also Views of the Commission, Inv. Nos. 701-TA-509 and 731-TA-1244 (Final), USITC Pub. 4503 (Dec. 2014) is sustained.

                                                                         /s/ Leo M. Gordon  
                                                                         Judge Leo M. Gordon

Dated:    June 6, 2016  
             New York, New York